# U.S. District Court
# Eastern District of Missouri (LIVE) (St. Louis)
# CIVIL DOCKET FOR CASE #: 4:08–cv–00425–AGF
## *Internal Use Only*

| | |
|---|---|
| Gieselman v. County of Jefferson | Date Filed: 03/28/2008 |
| Assigned to: Mag Judge Audrey G. Fleissig | Date Terminated: 06/04/2008 |
| Cause: 42:1983 Civil Rights Act | Jury Demand: Plaintiff |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Gary J. Gieselman**    represented by    **Gary J. Gieselman**
7817 Clevedon
St. Louis, MO 63123
(636) 375–1470
PRO SE

V.

**Defendant**

**County of Jefferson**

**Defendant**

**Glenn Boyer**
*Sheriff, Jefferson County, Individually and Officially*

**Defendant**

**Shannon Doughtery Lee**
*Assistant Prosecutor, Jefferson County, Individually and Officially*

**Defendant**

**City of Desoto**

**Defendant**

**Brandon Krauss**
*Desoto Police Officer*

**Defendant**

**Ross Nungester**
*Desoto Police Officer*

**Defendant**

**Brian Werner**
*Desoto Police Chief*

**Defendant**

**Unknown Draper**
*Desoto Police Officer*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/28/2008 | 1 | | COMPLAINT against defendants Ross Nungester, Brian Werner, Unknown Draper, County of Jefferson, Glenn Boyer, Shannon Doughtery Lee, City of Desoto and Brandon Krauss with Jury Demand, filed by Gary J. Gieselman. (Attachments: # 1 Exhibit, # 2 Original Filing Form, # 3 Assignment Label)(WAF) (Entered: 03/31/2008) |
| 03/28/2008 | 2 | | MOTION for Leave to Proceed in forma pauperis filed by Plaintiff Gary J. Gieselman. (WAF) (Entered: 03/31/2008) |
| 03/28/2008 | 3 | | FINANCIAL AFFIDAVIT – CJA 23 filed by Plaintiff Gary J. Gieselman. (WAF) (Entered: 03/31/2008) |
| 03/31/2008 | | | ***Complaint Letter Created. This is to advise you that this office has received and filed your complaint and has assigned it the above–referenced case number. (WAF) (Entered: 03/31/2008) |
| 03/31/2008 | | | Case Opening Notification Consents issued 1 (forwarded to plaintiff), Judge Assigned: Honorable Audrey G. Fleissig. (WAF) (Entered: 03/31/2008) |
| 03/31/2008 | | | ***Complaint Letter Processed (see notice of electronic filing for distribution list) Mon Mar 31 09:00:18 CDT 2008 (admin,) (Entered: 03/31/2008) |
| 05/14/2008 | 5 | | MEMORANDUM AND ORDER IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma pauperis [#2] is GRANTED. IT IS FURTHER ORDERED that plaintiff shall file an amended complaint that complies with this Order and with the Rules of Civil Procedure no later than 20 days from the date of this Order. IT IS FURTHER ORDERED that if plaintiff fails to comply with this Order, this action will be dismissed with prejudice( Amended/Supplemental Pleadings due by 6/3/2008.). Signed by Honorable Jean C. Hamilton on 5/14/08. (MJM) (Entered: 05/14/2008) |
| 05/14/2008 | | | ORDER RECEIPT: (see receipt) Wed May 14 14:30:56 CDT 2008 (Mosley, Misty) (Entered: 05/14/2008) |
| 05/19/2008 | 6 | | MOTION for Appointment of Counsel by Plaintiff Gary J. Gieselman. (TRC) (Entered: 05/19/2008) |
| 05/20/2008 | 7 | | MEMORANDUM AND ORDER RE: 6 ORDERED that plaintiff's motion for appointment of counsel is DENIED without prejudice. Signed by Mag Judge Audrey G. Fleissig on 5/20/08. (CEL) (Entered: 05/20/2008) |
| 05/20/2008 | | | ORDER RECEIPT: (see receipt) Tue May 20 10:04:37 CDT 2008 (Lippold, Carrie) (Entered: 05/20/2008) |
| 06/02/2008 | 8 | | AMENDED COMPLAINT against defendant Ross Nungester, Brian Werner, |

| | | | |
|---|---|---|---|
| | | | Unknown Draper, County of Jefferson, Glenn Boyer, Shannon Doughtery Lee, City of Desoto, Brandon Krauss Jury demand,, filed by Gary J. Gieselman. Related document: 5 Memorandum &Order,, 1 Complaint, filed by Gary J. Gieselman. (Attachments: # 1 Attachments)(CEL) (Entered: 06/03/2008) |
| 06/04/2008 | 9 | 4 | MEMORANDUM AND ORDER IT IS HEREBY ORDERED that this action is dismissed with prejudice. An order of dismissal shall accompany this memorandum and order. Signed by Honorable Jean C. Hamilton on 6/4/08. (CLA) (Entered: 06/04/2008) |
| 06/04/2008 | | | ORDER RECEIPT: (see receipt) Wed Jun 4 13:05:31 CDT 2008 (Abrams, Carrie) (Entered: 06/04/2008) |
| 06/04/2008 | 10 | 7 | ORDER OF DISMISSAL pursuant to Fed.R.Civ.P.41(b)IT IS HEREBY ORDERED that pltff.'s complaint is dismissed with prejudice. IT IS HEREBY CERTIFIED that an appeal from this dismissal would not be taken in good faith. Signed by Honorable Jean C. Hamilton on 6/4/08. (CLA) (Entered: 06/04/2008) |
| 06/04/2008 | | | ORDER RECEIPT: (see receipt) Wed Jun 4 13:24:25 CDT 2008 (Abrams, Carrie) (Entered: 06/04/2008) |
| 06/10/2008 | 11 | 8 | NOTICE OF APPEAL as to 9 Memorandum &Order, 10 Order of Dismissal pursuant to Fed.R.Civ.P.41(b), Order of Dismissal pursuant to Fed.R.Civ.P.41(b)by Plaintiff Gary J. Gieselman. (TRC) (Entered: 06/10/2008) |
| 06/16/2008 | 12 | 9 | NOTIFICATION OF APPEAL AND NOA SUPPLEMENT by clerk to USCA regarding 11 Notice of Appeal. Notice of Appeal filed on 06/10/2008 by Plaintiff Gary J. Gieselman. NOTIFICATION TO COUNSEL AND PRO SE PARTY: FILE REQUEST FOR TRANSCRIPT WITH DISTRICT COURT CLERKS OFFICE. SUBMIT FORM A &B TO EIGHTH CIRCUIT CLERKS OFFICE(DLT) (Entered: 06/16/2008) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GARY J. GIESELMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08CV00425 AGF |
| ) | |
| COUNTY OF JEFFERSON, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's submission of an amended complaint. Because the complaint grossly fails to comply with the Federal Rules of Civil Procedure or this Court's previous Order, the Court will dismiss the complaint with prejudice.

The allegations in the complaint are substantially the same as those brought by plaintiff in a previous case, Gieselman v. City of Desoto, 4:07CV1510 AGF (E.D. Mo) ("Gieselman I"). In Gieselman I, plaintiff originally filed a 13 page complaint in which he alleged that defendants had wrongfully arrested and detained him. The Court reviewed the complaint under 28 U.S.C. § 1915(e) and dismissed those portions of it that were frivolous and ordered the remaining defendants to respond to the complaint.

Before defendants answered, plaintiff filed an amended complaint. Upon review of the amended complaint, the Court found that it was not organized in a comprehensible manner as required by the Federal Rules of Civil Procedure. So the Court ordered plaintiff to file a second amended complaint that complied with Rules 8 and 10.

Plaintiff filed a second amended complaint that contained 58 pages of rambling factual allegations, made up of 417 single-spaced, numbered paragraphs. The Court dismissed the second amended complaint without prejudice because of plaintiff's "gross failure to comply with the Federal Rules of Civil Procedure and [the] Court's previous Order."

Plaintiff subsequently filed this lawsuit. The original complaint was comprised of 78 pages of rambling and repetitive allegations, made up of 313 single-spaced paragraphs. The Court found that the complaint failed to comply with Rule 8's requirement that each claim for relief be set forth in a short and plain statement, and the Court ordered plaintiff to submit an amended complaint in compliance with the Federal Rules.

Plaintiff's amended complaint again grossly fails to comply with Rule 8. The allegations are unreasonably repetitive, argumentative, rambling, and conclusory. And

it is unreasonably long, being made up of 43 pages and 226 paragraphs. As a result, the Court will dismiss this action.

Normally, a dismissal for failure to comply with Rule 8 should be without prejudice. However, where a plaintiff persists in violating the Rule, the dismissal may be with prejudice. <u>Michaelis v. Nebraska State Bar Assoc.</u>, 717 F.2d 437, 438-39 (8th Cir. 1983). Because plaintiff has persisted in violating Rule 8 after being offered numerous chances to correct his mistakes, the dismissal of this action shall be with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

An Order of Dismissal shall accompany this Memorandum and Order.

Dated this <u>4th</u> Day of June, 2008.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GARY J. GIESELMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08CV00425 AGF |
| ) | |
| COUNTY OF JEFFERSON, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(b)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 41(b).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.  See 28 U.S.C. § 1915(a)(3).

Dated this 4th Day of June, 2008.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GARY J. GIESELMAN, pro se | ) |
| Plaintiff(s), | ) |
| Vs. | ) Case No. 4:08CV-00425 AGF |
| COUNTY OF JEFFERSON, et al | ) |
| Defendant(s). | ) |

## NOTICE OF APPEAL

Notice is hereby given that GARY J. GIESELMAN, pro se Plaintiff, appeal(s) to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 4th day of JUNE, 2008.

Signed this 9th day of JUNE, 2008.

_Gary J. Gieselman_
Signature of Plaintiff(s)

US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:**

Gieselman v. County of Jefferson

**USCA#:** _____

**Case Number:**

4:08-cv-00425-AGF

| Plaintiff: | Defendant: |
|---|---|
| **Gary J. Gieselman** | **County of Jefferson** |
| Attorney: | Attorney: |
| Gary J. Gieselman<br>7817 Clevedon<br>St. Louis, MO 63123<br>(636) 375-1470<br>PRO SE | No Attorney on record at this time |

**Court Reporter:**

Please return files and documents to:

The Clerks office 3rd floor

Person to contact about the appeal::

Deborah  244-7948

NONE

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| none - | IFP | Granted- [5] | none - |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| pro- se | none - | ---------------------------------- | ---------------------------------- |

Criminal Cases/Prisoner Pro Se Cases Only:

Is defendant incarcerated?    Yes    No    Where: _____

Please list all other defendants in this case if there were multiple defendants: