# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 08-2354
_____

Gary J. Gieselman,

Plaintiff - Appellant

v.

County of Jefferson; Glenn Boyer, Sheriff, Jefferson County, Individually and Officially; Shannon Doughtery Lee, Assistant Prosecutor, Jefferson County, Individually and Officially; City of DeSoto; Brandon Krauss, Desoto Police Officer; Ross Nungester, Desoto Police Officer; Brian Werner, Desoto Police Officer; Unknown Draper, Desoto Police Officer,

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:08-cv-00425-AGF)

_____

**JUDGMENT**

In forma pauperis status is granted.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

April 02, 2009

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans